United States District Court
For the District of Colorado

Civil Action Number: 12-CV-02708-RPM-MJW

DEBBIE MATHIS

PLAINTIFF(S):

v.

FRONTIER AIRLINES, INC.

DEFENDANT(S)

| AFFIDAVIT OF SERVICE |
|---|

| NAME OF SERVER: **JOHN MOHR** | TITLE: **PROCESS SERVER** |
|---|---|

Check one box to indicate appropriate method of service.

☐ Served personally upon the defendant. Place where left: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint where left: _____

☐ Returned unexecuted:: _____

☒ Other (specify): I, John Mohr declare under oath that I am over the age of eighteen, I am not a party to this case and that I served a copy of the Civil Cover Sheet, Civil Summons and Civil Complaint on FRONTIER AIRLINES, INC. on 10/24/2012, at 1:01pm at 1560 Broadway Ste. 2090 Denver, CO 80202 in The City and County of Denver, State of Colorado by leaving with Pamela Trujillo who is authorized to accept service for the defendant's Registered Agent, Corporation Service Company and who is over the age of eighteen and at the normal place of business

| STATEMENT OF SERVICE OF FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Executed on:   10/25/2012                                    *[signature]*                         JOHN MOHR/AFFIANT
         Date                                               Signature of Server
                                                            **11231 MARKS DRIVE**
                                                            Address of Server
                                                            **CONIFER ,CO. 80433**