IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02708-RPM

| | |
|---|---|
| DEBBIE MATHIS, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| FRONTIER AIRLINES, INC., | ) |
| | ) |
| Defendant. | ) |

---

### ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT

---

COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as counsel for the above-named Defendant, Frontier Airlines, Inc.

DATED at Denver, Colorado this 13th day of November, 2012.

Respectfully submitted,

s/ *David J. Carr*
David J. Carr, Attorney No. 4241-49
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282
Phone: (317) 236-2100
David.Carr@IceMiller.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been duly served upon the following counsel by way of the Court's Electronic filing System, on this the 13th day of November, 2012:

>Colleen T. Calandra, Esq.
>BACHUS & SCHANKER, LLC
>1899 Wynkoop Street, Suite 700
>Denver, CO 80202
>Colleen.calandra@coloradolaw.net

>*s/ David J. Carr*
>Attorneys for Defendant

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282
(317) 236-2100
David.Carr@IceMiller.com

I/3011790.1