IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02708-RPM

| | |
|---|---|
| DEBBIE MATHIS, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| FRONTIER AIRLINES INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S NOTICE OF STIPULATION UNDER LOCAL RULE 6.1(A) FOR 21-DAY EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Defendant, Frontier Airlines Inc. ("Frontier"), by counsel, submits the following Notice of Stipulation Under Local Rule 6.1(a) for a 21--Day Extension of Time to File Responsive Pleading, and in support thereof states as follows:

1. Plaintiff served her Complaint upon Frontier in the above referenced matter on October 24, 2012. Pursuant to Rules 6(a)(1)(C) and 12(a) of the Federal Rules of Civil Procedure, Frontier's responsive pleading stands due on November 14, 2012.

2. Frontier has engaged Ice Miller LLP to represent it in the above-captioned matter. As counsel has only recently been engaged, they will require a short extension of time to confer with their client and prepare a responsive pleading.

3. Pursuant to D.C.Colo.L.Civ.R. 6.1, the parties have consented to an extension of 21 days, to and including December 5, 2012, within which Frontier may submit a responsive pleading.

- 2 -

4.      Defendant's counsel affirms that a copy of this stipulation will be provided to its client simultaneously with service on opposing counsel pursuant to D.C.COLO.L.Civ.R. 6.1.E.

WHEREFORE, Frontier and Plaintiff stipulate that Frontier's responsive pleading will be due on December 5, 2012.

### CERTIFICATION REGARDING CONFERRING WITH PLAINTIFF'S COUNSEL

The undersigned has conferred with Plaintiff's counsel, Colleen T. Calandra, Esq., who has indicated that Plaintiff stipulates pursuant to D.C.COLO.L.Civ.R. 6.1.A. to this extension of time.

Respectfully submitted this 14th day of November, 2012.

ICE MILLER LLP

s/ *David J. Carr*
David J. Carr, Attorney No. 4241-49

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
(317) 236-2100
(317) 236-2219 (fax)
David.Carr@icemiller.com

Attorneys for Defendant, Frontier Airlines Inc.

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2012, I electronically filed the foregoing **DEFENDANT'S NOTICE OF STIPULATION UNDER LOCAL RULE 6.1(a) FOR 21-DAY EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Colleen T. Calandra, Esq.
>BACHUS & SCHANKER, LLC
>1899 Wynkoop Street, Suite 700
>Denver, CO 80202
>Colleen.Calandra@coloradolaw.net

>*s/    David J. Carr*
>David J. Carr

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
(317) 236-2100
(317) 236-2219 (fax)
David.Carr@icemiller.com

- 3 -

I/3011881.1