12/5/12                                                        Fact Sheet

**FLYFRONTIER.COM**                          WHO WE ARE    |    WORK WITH US    |    FUN STUFF    |    ESPAÑOL

Plan and Book     Flight Info     Specials     Frequent Flyers     Programs & Services     Customer Service

# Who We Are

## Company Information

Our Difference

Corporate Responsibility

Fact Sheet

Cities Served

Our History

Our Fleet

### Fact Sheet

Need some details? Here's a cheat sheet with some fast Frontier facts.

**Who Are We?**

Frontier Airlines is a wholly owned subsidiary of Indianapolis-based Republic Airways Holdings Inc, an airline holding company that also owns Chautauqua Airlines, Republic Airlines, and Shuttle America.

Currently in its 18th year of operations, Frontier employs more than 5,500 aviation professionals and operates more than 350 daily flights. Its primary hub is at the Denver International Airport. Frontier offers service to more than 80 destinations in the United States, Costa Rica, the Dominican Republic, Jamaica, and Mexico.

**Where Are We?**

**Corporate Headquarters**

Republic Airways Holdings, Inc.
8909 Purdue Road, Suite 300
Indianapolis, IN 46268

**Local Offices**

Frontier Center One
7001 Tower Road
Denver, CO 80249

**What Do We Fly?**
Frontier currently operates a fleet of 16 Airbus A320s, 37 Airbus A319s, and three Airbus A318s. Republic Airlines, operating for Frontier, flies a fleet of 16 Embraer E190s.

View Our Fleet

**Where Do We Fly?**
We fly to over 80 destinations in the United States, Costa Rica, the Dominican Republic, Jamaica, and Mexico.

View Our Route Map

**Codeshare Agreements**
Frontier and Great Lakes Airlines codeshare to provide connections to smaller cities when connecting from a Frontier flight in Albuquerque, Denver, Las Vegas, Los Angeles, and Phoenix.

Book A Flight
Flight Status
Special Offers

MEMBER LINKS
Sign In

RELATED LINKS
Who We Are
Corporate Programs
Frontier Airlines MasterCard®

WE CAN HELP
*EarlyReturns*® FAQs

FOLLOW US

What do you think of our website? Give us feedback on this page.

| Plan and Book | Flight Info | Specials | Frequent Flyers |
|---|---|---|---|
| Flight Finder | Flight Status | Online Deals | My Account |
| Online Check-In | At the Airport | Email Alerts | Hot Offers |
| Routes & Schedules | Inflight Entertainment | EarlyReturns® Offers | Get Miles |
| Travel Info & Services | Inflight Catering | Intro Fares: Denver- | Use Your Miles |
| Fare Options | Seating Options | Cleveland | How it Works |
| New Trenton Routes | | | Join EarlyReturns |
| Vacations & More | | | |
| See Where We Fly | | | |

12/5/12 Fact Sheet

| Programs & Services | Customer Service | Who We Are | Work With Us |
|---|---|---|---|
| Corporate Programs | Customer Commitment | Company Information | |
| Groups & Charters | Travel Support | News & Media | |
| Frontier Cards | Travel Insurance | | |
| Cargo | Contact Us | | |
| Travel Agents | Traveling With Pets | | |

Fun Stuff
Animal Tales
Commercials

Follow Us
Facebook
Twitter
Foursquare

**24/7 Customer Service**
800.432.1359
*Se habla español*

FLYFRONTIER.COM

© 2012 Frontier Airlines
Contact Us | FAQs | Site Map | Privacy | Terms of Use | Browser Compatibility