# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02708-RPM

DEBBIE MATHIS,

    Plaintiff

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (DOCKET NO. 7)

---

On December 5, 2012, Defendant filed Defendant's 12(B)(6) Motion to Dismiss (Docket No. 7). D.C. L.CivR 7.1C provides that Plaintiff has 21 days to respond to Defendant's motion, which makes Plaintiff's Response due on December 26, 2012. Pursuant to D.C.Colo.L.CivR 6.1, Plaintiff moves for a ten-day extension of time to file this Response, up to and including January 7, 2013.

In support thereof, Plaintiff states as follows:

### CONFERRAL PURSUANT TO D.C.COLO.L.CIVR 7.1A

The undersigned certifies that counsel for Plaintiff has discussed this extension with counsel for Defendant. Counsel for Defendant does not object to the relief requested herein.

1.    Due to the unexpected serious illness of undersigned counsel, additional time is needed to research and prepare an appropriate response to Defendant's motion.

2.    This Motion is not intended for purposes of delay, and the granting of this request will not prejudice any party in this case.

WHEREFORE, Plaintiff respectfully moves this Court for an extension of ten (10) days, up to and including January 7, 2013, in which to file her Response to Defendant's 12(B)(6) Motion to Dismiss and Memorandum in Support of same.

DATED this December 26, 2012.

>Respectfully submitted,
>
>*/s/ Colleen Calandra*
>Colleen T. Calandra, Esq.
>BACHUS & SCHANKER, LLC
>1899 Wynkoop Street, Suite 700
>Denver, CO 80202
>Telephone: 303.893.9800
>Facsimile:  303.893.9900
>colleen.calandra@coloradolaw.net
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 26, 2012, a true and correct copy of the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS was filed via CM/ECF, which will send notification of such filing to the following counsel of record:

David J. Carr
ICE MILLER, LLP
One American Square, Suite 2900
Indianapolis, IN 46282
Phone: (317) 236-2100
david.carr@icemiller.com
*Attorneys for Defendant*