**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-02708-RPM

DEBBIE MATHIS,

      Plaintiff

v.

FRONTIER AIRLINES, INC.,

      Defendant.

---

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS
(DOCKET NO. 7)**

---

Upon consideration of Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, it is hereby ordered that such request is granted. Plaintiff shall have an additional ten days to file her Response to Defendant's Motion to Dismiss, up to and including January 7, 2013.

DATED this _____ of _____ , 2012.

BY THE COURT

APPROVED:

_____
District Court Judge