**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-02708-RPM

DEBBIE MATHIS,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.
_____

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**
**(DOCKET NO. 7)**
_____

Upon consideration of Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, it is hereby ordered that such request is granted. Plaintiff shall have an additional ten days to file her Response to Defendant's Motion to Dismiss, up to and including January 7, 2013.

DATED December 26th, 2012.

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              District Court Judge