IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02708-RPM

DEBBIE MATHIS,

    Plaintiff

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ACTION WITHOUT
PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

---

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiff Debbie Mathis, by and through the undersigned counsel, and Defendant Frontier Airlines, Inc., by and through their counsel, hereby stipulate to the voluntary dismissal without prejudice of this action. The parties state in support of this Stipulation the following:

    1.    WHEREAS this action for violations of the Fair Labor Standards Act was first commenced in the United States District Court for the District of Colorado on October 12, 2012 (Docket No. 1);

    2.    WHEREAS on December 5, 2012, Defendant filed it's 12(B)(6) Motion to Dismiss (Docket No. 7) and Memorandum in Support of Defendant's Motion to Dismiss (Docket No. 8) in the instant matter;

    3.    WHEREAS Plaintiff's counsel does not dispute the arguments made in Defendant's Motion to Dismiss (Docket No. 8) or Memorandum in Support of Defendant's Motion to Dismiss (Docket No. 9);

4. THEREFORE, the parties, through their respective undersigned counsel, hereby stipulate and agree;

5. The parties to this action submit this Joint Stipulation of Voluntary Dismissal pursuant to F.R.C.P. 41(a)(1)(A)(ii).

6. The parties agree that the costs of this action shall be borne by the party that incurred them.

7. The action is hereby dismissed.

IT IS SO STIPULATED.

DATED this January 7, 2013.

> */s/ Colleen Calandra*
> Colleen T. Calandra, Esq.
> BACHUS & SCHANKER, LLC
> 1899 Wynkoop Street, Suite 700
> Denver, CO 80202
> Telephone: 303.893.9800
> Facsimile:  303.893.9900
> colleen.calandra@coloradolaw.net
> *Attorneys for Plaintiff*
>
> */s/ David Carr*
> David J. Carr
> ICE MILLER, LLP
> One American Square, Suite 2900
> Indianapolis, IN 46282
> Phone: (317) 236-2100
> david.carr@icemiller.com
> *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 7, 2013, a true and correct copy of the foregoing JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to the following:

David J. Carr
ICE MILLER, LLP
One American Square, Suite 2900
Indianapolis, IN 46282
Phone: (317) 236-2100
david.carr@icemiller.com
*Attorney for Defendant*

                */s/ Sarah Miles*
                Sarah Miles